UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Oakland Family Restaurants, Inc., a Michigan Corporation, Lake Area Restaurants, Inc., a Michigan Corporation,

    Plaintiffs,

vs

American Dairy Queen Corporation, a Delaware Corporation,

    Defendant.

Case No. 2:21-CV-12530-TGB
Honorable Terrence G. Berg

## **ORDER OF WITHDRAWAL OF KERRY L. BUNDY AS COUNSEL**

This matter having come before the Court on the request of and notice by counsel for Defendant American Dairy Queen Corporation ("Defendant"), and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Kerry L. Bundy is hereby withdrawn as counsel of record for Defendant in this action.

IT IS FURTHER ORDERED that electronic service to Kerry L. Bundy be terminated.

IT IS FURTHER ORDERED that Defendant will continued to be represented in this action by its remaining counsel of record.

IT IS SO ORDERED.

/s/Terrence G. Berg
HON. TERRENCE BERG
UNITED STATES DISTRICT COURT JUDGE

DATED: December 29, 2022