UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OAKLAND FAMILY RESTAURANTS, INC.,
A Michigan corporation and
LAKE AREA RESTAURANTS, INC.,
a Michigan corporation,

Plaintiffs,

vs.

Case No. 2:21-cv-12530-TGB-EAS
Hon. Terrence G. Berg

AMERICAN DAIRY QUEEN
CORPORATION, a Delaware Corporation,

Defendant.

## ORDER OF WITHDRAWAL OF ANDREW J. BALL AS COUNSEL

THIS MATTER having come before the Court on the request of and notice by counsel for Defendant American Dairy Queen Corporation ("Defendant"), and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Andrew J. Ball is hereby withdrawn as counsel of record for Defendant in this action.

IT IS FURTHER ORDERED that electronic service to Andrew J. Ball be terminated.

IT IS FURTHER ORDERED that Defendant will continue to be represented in this action by its remaining counsel of record.

IT IS SO ORDERED.

/s/Terrence G. Berg
HON. TERRENCE BERG
UNITED STATES DISTRICT COURT JUDGE

**Dated: October 17, 2023**